# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## MIDDLE District of Florida

Case Number: 19-CV-31-J-32PDB

Plaintiff:
**JOEL PRICE**

vs.

Defendant:
**THE HERTZ CORPORATION D/B/A HERTZ CAR SALES JACKSONVILLE**

For:
Scott R. Dinin
LAW OFFICES OF SCOTT R. DININ, P.A.
4200 Nw Seventh Avenue
Miami, FL 33127

Received by MERCURY EXPRESS COURIERS INC. on the **9th day of January, 2019** at **9:32 am** to be served on **THE HERTZ CORPORATION, 1200 S. PINE ISLAND RD, PLANTATION, FL 33324**.

I, ANDREW KARP, do hereby affirm that on the **9th day of January, 2019** at **2:15 pm, I:**

**CORPORATE SERVED:** by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH** EMPLOYEE OF CT CORPORATION SYSTEM at the address of: **1200 S. PINE ISLAND RD, PLANTATION, FL 33324** as **registered agent** for **THE HERTZ CORPORATION**, and informed said person of the contents therein, in compliance with state statutes 48.081.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A SPECIAL PROCESS SERVER APPOINTED BY THE SHERIFF, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

ANDREW KARP
SPS #260

MERCURY EXPRESS COURIERS INC.
168 S.E. 1st Street
Ste 901
Miami, FL 33131
(305) 379-0011

Our Job Serial Number: OJF-2019000335

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0h

